HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN D. BANG, an individual, | CASE NO. 3:21-cv-05834-BJR |
| Plaintiff, | ORDER REVISING CASE SCHEDULE |
| v. | |
| LACAMAS SHORES HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation, | |
| Defendant. | |

**[PROPOSED] ORDER REVISING CASE SCHEDULE**

This matter comes before the Court on the parties' July 28, 2022, Stipulated Motion to Revise Case Schedule. The motion is GRANTED.

The Court's January 23, 2022, Order Setting Trial Dates and Related Dates (Dkt. 11) is vacated, and the following schedule will govern this proceeding:

| | |
|---|---|
| Deadline for submitting interrogatories, requests for admission and requests for production with respect to liability | May 16, 2022 |
| Deadline for initial responses to interrogatories and requests for production | June 15, 2022 |

ORDER REVISING CASE SCHEDULE-1

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188

| 1 | ~~Depositions with respect to liability~~ | ~~June 15 – August 15, 2022~~ |
| 2 | ~~Discovery cut-off on liability~~ | ~~August 15, 2022~~ |
| 3, 4 | Deadline for <u>partial</u> cross-motions on summary judgment on liability | August 31, 2022 |
| 5–10 | Thereafter | Court sets oral argument on <u>partial</u> cross-motions for summary judgment. ~~If Defendant is found liable for violating the Clean Water Act, the parties will confer to discuss the timing of discovery with respect to remedy and subsequent dates.~~ After the Court's ruling, the parties will confer to discuss completion of discovery and additional briefing with respect to liability and submit a proposed plan to the Court. |

**SO ORDERED.**

This 8th day of August, 2022.

_Barbara J. Rothstein_
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER REVISING CASE SCHEDULE-2

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188