HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN D. BANG, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LACAMAS SHORES HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>        Defendant. | CASE NO. 3:21-cv-05834-BJR<br><br>ORDER ADOPTING CASE SCHEDULE |

On January 23, 2023, the Court ordered the parties to submit a revised case schedule. In response, the parties filed a Joint Status Report on February 27, 2023. The Court ADOPTS the revised case schedule proposed by the parties in their Joint Status Report. The following schedule will govern this proceeding:

| | |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment | February 21, 2023 |
| Defendant files a joint Motion for Summary Judgment and Response to Plaintiff's Partial MSJ | March 14, 2023 |
| Plaintiff files his joint Reply to his Partial MSJ and Response to Defendant's MSJ | April 4, 2023 |

ORDER ADOPTING CASE SCHEDULE - 1

| Defendant files its Reply to its MSJ | April 18, 2023 |
|---|---|
| Discovery cut off on liability and<br><br>Parties file a Joint Status Report proposing trial and remaining pretrial dates | 45 days after the Court rules on the parties' motions for summary judgment. |

**SO ORDERED.**

The 2nd day of March, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING CASE SCHEDULE - 2