HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN D. BANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LACAMAS SHORES HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05834-BJR<br><br>ORDER REVISING CASE SCHEDULE |

This matter comes before the Court on Defendant Lacamas Shores Homeowners Association's April 14, 2023, Unopposed Motion to Revise Case Schedule. The motion is GRANTED.

The Court's March 2, 2023, Order Adopting Case Schedule (Dkt. 33) is vacated-in-part, and the case schedule is revised as follows:

| Defendant files its Reply to its MSJ | April 21, 2023 |
|---|---|

DATED this 17th day of April, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER REVISING CASE SCHEDULE – Page 1

VIAL FOTHERINGHAM LLP
17355 SW Boones Ferry Rd., Suite A
Lake Oswego, OR 97035
Phone: 503-684-4111
Fax: 503-598-7798