HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN D. BANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LACAMAS SHORES HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05834-BJR<br><br>ORDER SETTING BRIEFING SCHEDULE AND RE-NOTING MOTIONS |

## **ORDER SETTING BRIEFING SCHEDULE**

This matter comes before the Court on the parties' August 11, 2023, Agreed Proposed Briefing Schedule addressing the effect of the U.S. Supreme Court's ruling in *Sackett v. Env't Prot. Agency*, 143 S. Ct. 1322, 215 L. Ed. 2d 579 (2023) on Plaintiff's claims and the parties' arguments in the cross motions for summary judgment. The parties' Agreed Proposed Briefing Schedule is adopted, and the parties shall submit briefs according to the following schedule:

\\

\\

ORDER SETTING BRIEFING SCHEDULE-1

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188

| Brief | Deadline | Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | September 12, 2023 | 20 |
| Defendant's Response Brief | September 26, 2023 | 20 |
| Plaintiff's Reply Brief | October 3, 2023 | 10 |

In addition, the clerk is directed to re-note the pending cross motions for summary judgment at Dkt. Nos. 31 and 34 for October 3, 2023.

SO ORDERED.

DATED this 14th day of August, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

PLAUCHÉ & CARR LLP

By: *s/Jesse DeNike*
Samuel W. Plauché, WSBA #25746
Jesse DeNike, WSBA #39526
Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188
Email:  billy@plauchecarr.com
        jesse@plauchecarr.com
*Attorneys for Plaintiff Steven D. Bang*

VIAL FOTHERINGHAM LLP

By: */s/Christopher M. Tingey*
David M. Phillips, WSB #34018
david.phillips@vf-law.com
Christopher M. Tingey, WSB #39944
cmt@vf-law.com
17355 SW Boones Ferry Road, Suite A
Lake Oswego, OR 97035
T: (503) 684-4111
*Attorneys for Lacamas Shores Homeowners Association*