HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN D. BANG, an individual, | CASE NO. 3:21-cv-05834-BJR |
| Plaintiff, | ORDER REVISING DEADLINE FOR JOINT STATUS REPORT SUBMITTAL |
| v. | |
| LACAMAS SHORES HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation, | |
| Defendant. | |

This matter comes before the Court on the parties' January 2, 2024, Joint Motion to Revise Deadline for Joint Status Report Submittal. The motion is GRANTED. The parties' joint status report is due January 22, 2024.

**SO ORDERED.**

This 3rd day of January, 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER REVISING JOINT STATUS REPORT DEADLINE-1

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188